Oscar D. WEIR, Appellant,

v.

The STATE of Texas, Appellee.

No. 27530.

Court of Criminal Appeals of Texas.

April 6, 1955.

No attorney on appeal, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Ex parte Jack WADE.

No. 27589.

Court of Criminal Appeals of Texas.

May 4, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the County Judge of Smith County refusing appellant's application for bail in a habeas corpus proceeding.

The record is before us without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment is affirmed.